# GILBERT LAW GROUP

---

**425 BROADHOLLOW ROAD, SUITE 405**  
**MELVILLE, NY 11747-4701**  
**631.630.0100**

**HEGILBERT@gilbertlegal.net**  
**WEBSITE: gilbertlegal.net**  
**FAX: 631.630.0101**

**BY EMAIL AND FIRST CLASS MAIL**

September 16, 2019

Catherine R. Flickinger, Esq.  
General Counsel, NYIT  
Tower House, Room: B13  
Old Westbury

Re: *Elijah Schimkewitsch v. New York Institute of Technology*  
**2:19-cv-05199-SJF-AYS**

Dear Ms. Flickinger:

This firm represents the Plaintiff Elijah Schimkewitsch in the above-referenced matter in the Eastern District of New York. Kindly review the attached self-explanatory notice.

Should you have any questions, please call.

Very truly yours,

GILBERT LAW GROUP

HOWARD E. GILBERT

HEG/dv  
Enc.