# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

November 13, 2019

**VIA E-MAIL, FIRST CLASS MAIL AND ECF**
Howard E. Gilbert, Esq.
Gilbert Law Group
*Attorneys for Plaintiff*
425 Broadhollow Road
Suite 405
Melville, New York 11747-4701

      Re:    *Elijah Schimkewitsch v. New York Institute of Technology*,
             19-CV-05199 (SJF)(AYS)

Dear Mr. Gilbert:

      This firm represents Defendant New York Institute of Technology ("NYIT") in the above-referenced action. Pursuant to Section 4(B)(i) of the Individual Rules of the Honorable Sandra J. Feuerstein, we enclose NYIT's motion to dismiss Plaintiff's Complaint which includes NYIT's Notice of Motion, Affirmation of Douglas P. Catalano, Esq. and NYIT's Memorandum of Law in Support of its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

                    Very truly yours,

                    CLIFTON BUDD & DeMARIA, LLP
                    *Attorneys for Defendant*

          By:    */s/ Stefanie Toren*
                    Douglas P. Catalano
                    Stefanie R. Toren
                    Stephen P. Pischl

Enc.

cc:    Honorable Sandra J. Feuerstein (via ECF)
       Jason A. Gilbert, Esq. (via e-mail and ECF)