# GILBERT LAW GROUP

| | |
|---|---|
| 425 BROADHOLLOW ROAD, SUITE 405<br>MELVILLE, NY 11747-4701<br>631.630.0100 | JAGILBERT@gilbertlegal.net<br>WEBSITE: gilbertlegal.net<br>FAX: 631.630.0101 |

**BY ECF**

November 26, 2019

Honorable Sandra J. Feuerstein
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-4438

      Re: *Elijah Schimkewitsch v. New York Institute of Technology*
           19-CV-05199 (SJF) (AYS)

Dear Judge Feuerstein:

    This office represents the plaintiff in the above-referenced action. As the Court is aware, defendant has filed a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6). Pursuant to Your Honor's Individual Rule 4(D)(i), this letter shall serve to notice the Court that the parties have conferred and mutually agree to a consensual briefing schedule as it relates to defendant's motion, as follows.

    Plaintiff will serve defendant with its opposition to defendant's motion and file a corresponding cover letter via ECF on or before January 3, 2019. Defendant will then serve its reply and file all motion papers via ECF (pursuant to the "Bundle Rule") on or before February 3, 2019.

    Thank you for Your Honor's attention to this matter.

                                          Very truly yours,

                                          GILBERT LAW GROUP

                                          JASON ANDREW GILBERT

cc: Douglas P. Catalano, Esq. (By ECF)
    Stefanie R. Toren, Esq. (By ECF)
    Stephen P. Pischl, Esq. (By ECF)