# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

January 8, 2020

**VIA ECF**
Honorable Sandra J. Feuerstein
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Elijah Schimkewitsch v. New York Institute of Technology*,
              19-CV-05199 (SJF)(AYS)

Dear Judge Feuerstein:

    This firm represents Defendant New York Institute of Technology ("NYIT") in the above-referenced action. On December 2, 2019, Plaintiff's counsel advised the Court of the parties' consensual briefing schedule. In accordance with this schedule, NYIT's reply in further support of its motion to dismiss is to be served and filed on February 3, 2020. In light of the fact that NYIT's motion to dismiss has not yet been fully briefed, NYIT respectfully requests an adjournment of the January 13, 2020 Initial Conference. As the Court's decision on NYIT's motion to dismiss may result in dismissal of all or part of Plaintiff's Complaint, NYIT respectfully requests that the Initial Conference be adjourned until after the Court issues its decision on NYIT's motion to dismiss.

    We conferred with Plaintiff's counsel who consents to NYIT's first request for an adjournment of the Initial Conference.

    Thank you for Your Honor's consideration of NYIT's request.

                        Respectfully Submitted,

                        CLIFTON BUDD & DeMARIA, LLP
                        *Attorneys for Defendant*

By:   */s/ Stefanie Toren*
                        Douglas P. Catalano
                        Stefanie R. Toren
                        Stephen P. Pischl

cc:    Howard E. Gilbert, Esq.
        Jason A. Gilbert, Esq.