UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ELIJAH SCHIMKEWITSCH,

                        Plaintiff,                    19-cv-5199 (SJF)(AYS)

  -against-

                                               **NOTICE OF MOTION**

NEW YORK INSTITUTE OF TECHNOLOGY,

                      Defendant.
-------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon Defendant New York Institute of Technology's ("NYIT") Memorandum of Law in Support of its Motion to Dismiss the Complaint, the Affirmation of Douglas P. Catalano, Esq., and the exhibit attached thereto, NYIT will move this Court, before the Honorable Sandra J. Feuerstein, at 100 Federal Plaza, Central Islip, New York 11722, on a date and time to be designated by the Court, for an order dismissing Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and granting such other and further relief as the Court may deem just and proper.

Dated:  November 13, 2019
          New York, New York

                                                   Respectfully submitted,

                                                   CLIFTON BUDD & DeMARIA, LLP
                                                   *Attorneys for Defendant New York Institute of Technology*

                                                   By: _____
                                                       Douglas P. Catalano
                                                       Stefanie R. Toren
                                                       Stephen P. Pischl
                                                       The Empire State Building
                                                       350 Fifth Avenue, 61st Floor
                                                       New York, New York 10118
                                                       (212) 687-7410