**UNITED STATES DISTRICT COURT**          CIVIL CONFERENCE
**EASTERN DISTRICT OF NEW YORK**          MINUTE ENTRY

BEFORE: ANNE Y. SHIELDS                    DATE: 12/10/2021
       U.S. MAGISTRATE JUDGE              TIME: 10:30 AM
                                        FTR: 10:33-10:41

CASE:  **CV 19-5199 (GRB) (AYS)** Schimkewitsch v. New York Institute of Technology

TYPE OF CONFERENCE: STATUS

APPEARANCES:     Plaintiff     <u>Jason Gilbert</u>

                    Defendant    Stefanie Toren

**THE FOLLOWING RULINGS WERE MADE:**

☐     Scheduling Order entered.

☐     Settlement conference scheduled for ___ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐     Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐     The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒     Other: Conference held. A telephone status conference has been scheduled for April 26, 2022 at 11:00 AM. Counsel are directed to call the AT&T Teleconference Center at (877) 810-9415 at the time of the conference and enter Access Code 9005911 when prompted. A joint status letter shall be filed on April 22, 2022.

                                   SO ORDERED

                                 <u>/s/ Anne Y. Shields</u>
                                 ANNE Y. SHIELDS
                                 United States Magistrate Judge