UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **September 2, 2022** |
| **TIME:** | **10:15AM** |
| **FORMAT:** | ☐ In Person  ☒ Video Conference  ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **19-CV-5199 (GRB)(LGD)** |
| **NAME OF CASE(S):** | Schimkewitsch v. New York Institute of Technology |
| **FOR PLAINTIFF(S):** | Jason A. Gilbert |
| **FOR DEFENDANT(S):** | Stephen Paul Pischl |
| **NEXT CONFERENCE(S):** | January 24, 2023 at 10:15AM via Zoom |
| **FTR/COURT REPORTER:** | 10:17-10:34, via Zoom |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

The Court added the following dates to the schedule set forth in the Court's July 20, 2022 Order, which remains in effect:
1. Plaintiff shall send Defendant a settlement demand **by October 14, 2022**;
2. Defendant shall respond to the settlement demand **by October 28, 2022**; and
3. The parties shall file a joint letter **by November 4, 2022** informing the Court of whether they would like to proceed with assisted settlement discussions and, if so, whether they prefer a settlement conference before the undersigned or a mediation referral order.

                                                                     <u>SO ORDERED</u>

                                                                      <u>/s/ Lee G. Dunst</u><br>
                                                                      LEE G. DUNST<br>
                                                                    United States Magistrate Judge