# GILBERT LAW GROUP

_____

425 BROADHOLLOW ROAD, SUITE 405  
MELVILLE, NY 11747-4701  
631.630.0100

JAGILBERT@gilbertlegal.net  
WEBSITE: gilbertlegal.net  
FAX: 631.630.0101

**BY ECF**

January 20, 2023

Honorable Lee. G. Dunst  
United States Magistrate Judge  
United States District Court  
Eastern District of New York  
100 Federal Plaza, Courtroom 830  
Central Islip, NY 11722

      Re: *Elijah Schimkewitsch v. New York Institute of Technology,*  
          19-cv-05199 (GRB) (LGD)

Dear Judge Dunst:

    This firm represents the plaintiff in the above-referenced action. By Order dated January 4, 2023, Your Honor directed that the parties file a joint status report. This letter shall serve as the parties' joint status report.

    I have conferred with counsel for defendant. The parties agree that fact discovery is complete. Moreover, plaintiff will not be filing an expert report and no expert depositions will be necessary.

    Thank you.

                              Very truly yours,

                              GILBERT LAW GROUP

                              JASON ANDREW GILBERT  
                              Attorneys for Plaintiff  
                              425 Broadhollow Road, Suite 405  
                              Melville, New York 11747

cc: Stefanie R. Toren, Esq. (by ECF)  
    Douglas Catalano, Esq. (by ECF)  
    Stephen P. Pischl, Esq. (by ECF)  
    Attorneys for Defendant