# GILBERT LAW GROUP

425 BROADHOLLOW ROAD, SUITE 405　　　　　　　　　JAGILBERT@gilbertlegal.net
MELVILLE, NY 11747-4701　　　　　　　　　　　　　WEBSITE: gilbertlegal.net
631.630.0100　　　　　　　　　　　　　　　　　　　FAX: 631.630.0101

**BY ECF**

March 28, 2023

The Honorable Gary R. Brown
United States District Judge
United States District Court, E.D.N.Y.
100 Federal Plaza
Central Islip, New York 11722

Re: *Schimkewitsch v. New York Institute of Technology*
2:19-CV-05199 (GRB) (LGD)

Dear Judge Brown:

      This office represents the plaintiff in the above-referenced matter. This letter shall serve to respectfully request clarification and/or confirmation that plaintiff has until April 13, 2023 to respond to defendant's pre-motion letter and Local Rule 56.1 Statement of Fact [DE 44]. By Order dated March 16, 2023, Your Honor granted defendant's motion for a pre-motion conference and directed that plaintiff respond to defendant's pre-motion letter and Rule 56.1 Statement by March 31, 2023.

      Previously, plaintiff had consented to multiple requests for extensions made by defendant. Most recently, plaintiff consented to defendant's request for an extension in time to file its motion for a pre-motion conference to March 15, 2023. *See*. DE 43. As stated in defendant's letter motion requesting said extension, plaintiff consented provided the same extension is afforded to plaintiff. Specifically, defendant submitted, and the Court granted defendant's request that plaintiff have until April 13, 2023 to submit a response to NYIT's motion for a pre-motion conference and corresponding Local Civil Rule 56.1 Statement. *Id*.

      Accordingly, plaintiff respectfully requests confirmation that plaintiff has until April 13, 2023, to respond to defendant's motion for a pre-motion conference.

Thank you for Your Honor's time and consideration of this matter.

Very truly yours,

GILBERT LAW GROUP

JASON ANDREW GILBERT

cc: Douglas P. Catalano, Esq. (by ECF)
    Stefanie R. Toren, Esq. (by ECF)
    Stephen P. Pischl, Esq. (by ECF)