| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE | Courtroom 940<br>DATE: 6/13/2023     TIME: |

CASE: Civil Cause for Telephone Pre-Motion Conference
2:19-cv-05199-GRB-LGD Schimkewitsch v. New York Institute of Technology

APPEARANCES:    Plaintiff:  **Jason A Gilbert**

Defendant:  **Stefanie Robin Toren**

FTR:  AT&T 1:00-2:00

**Motion for:**

| | |
|---|---|
| [view44](#) | **MOTION for pre motion conference** *seeking permission to move for summary judgment* **by New York Institute of Technology** |

**Movant:**

Case called.

☒ Counsel for all sides present.

☒ Pre-motion conference held.

☐ Parties to meet and confer and submit a schedule within 2 weeks.
☐ Motion Schedule set.    Motion served by:
Response served by:
Reply and all papers filed by:

☐ Discovery to proceed while motion is pending. Parties to contact Magistrate Judge assigned to the case to schedule an Initial Conference.

☒ Motion argued.

☒ The Court deems the motion made.

☒ Other: For the reasons set forth on the record, summary judgment is granted in favor of the defendants. The clerk is directed to enter judgment and close the case.

☐ The parties are to submit order on notice to all parties.

☐ Settlement discussed. Choose an item.

☐ Jury Selection and trial set for:
Joint pretrial order due by:

\*\* To obtain a copy of the transcript counsel should contact the ESR department in Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.\*\*