United States District Court for the District of
Eastern District of New York

File Number: 2:19-cv-5199

| | | |
|---|---|---|
| ELIJAH SCHIMKEWITSCH | ) | |
|     *Plaintiff,* | ) | |
|   v. | ) | Notice of Appeal |
| NEW YORK INSTITUTE OF TECHNOLOGY | ) | |
| | ) | |
|     *Defendant.* | ) | |

    Notice is hereby given that, Elijah Schimkewitsch, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment and Order, granting final judgment to the defendant, and each and every part thereof, entered in this action on the 15th day of June, 2023

/s/        Jason Gilbert
Attorney for Elijah Schimkewitsch

Address:
Gilbert Law Group
425 Broadhollow Road, Suite 405
Melville, NY 11747-4701
Tel: 631-630-0100
Fax: 631-630-0101
jagilbert@gilbertlegal.net