# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL 212.687.7410  
FAX 212.687.3285  
WWW.CBDM.COM

November 25, 2024

**VIA ECF**  
Honorable Gary R. Brown, U.S.D.J.  
United States District Court  
Eastern District of New York  
100 Federal Plaza, Courtroom 940  
Central Islip, NY 11722

   Re: *Elijah Schimkewitsch v. New York Institute of Technology,*  
     19-cv-05199 (GRB)(LGD)

Dear Judge Brown:

  This firm represents New York Institute of Technology ("NYIT"). I write to respectfully request a one-week extension of time for NYIT to serve its renewed motion for summary judgment. I conferred with Plaintiff's counsel and he consents to the following amended briefing schedule:

1. NYIT's motion for summary judgment to be served: December 10, 2024
2. Plaintiff's opposition to be served: January 28, 2025
3. NYIT's reply to be served and all motion papers to be filed: February 25, 2025

  Thank you for Your Honor's consideration of NYIT's first request to adjourn the briefing schedule.

                  Respectfully Submitted,

                  CLIFTON BUDD & DeMARIA, LLP  
                  *Counsel for Defendant*

                By: *Stefanie Toren*  
                  Douglas Catalano  
                  Stefanie Toren

cc: Jason Gilbert, Esq.